**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000382**
**03-JAN-2024**
**08:01 AM**
**Dkt. 71 OGMD**

NO. CAAP-23-0000382

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
CALEB DAN CARPENTER, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-22-0000674)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Plaintiff-Appellant State of Hawaii's December 5, 2023 Motion to Dismiss Appeal, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is granted. The appeal is dismissed under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, January 3, 2024.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge